GREGG S. GARFINKEL, SBN 156632
CRAIG S. WEINSTEIN, SBN 265488
NEMECEK & COLE, APC
15260 Ventura Boulevard
Suite 920
Sherman Oaks, CA 91403
Tel:       (818) 788-9500
Fax:       (818) 501-0328
e-mail:    ggarfinkel@nemecek-cole.com

Attorneys for Plaintiff
MAYFLOWER TRANSIT, LLC;
COAST TRANSFER & STORAGE

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYFLOWER TRANSIT, LLC., a Limited Liability Company; COAST TRANSFER & STORAGE<br><br>Plaintiff,<br><br>v.<br><br>TERESA BAILEY, an individual; and DOES 1-5, inclusive,<br><br>Defendants. | Case No. CV-12-05011 JGB (AGRx)<br><br>**ORDER FOR DISMISSAL OF ACTION** |

-2-

Pursuant to the Stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action be dismissed, with prejudice.

IT IS SO ORDERED.

Dated: July 1, 2013

HON. ~~R. GARY KLAUSNER~~ JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE

JS-6

NEMECEK & COLE
A PROFESSIONAL CORPORATION
15260 VENTURA BOULEVARD, SUITE 920, SHERMAN OAKS, CALIFORNIA 91403-5344
TELEPHONE (818) 788-9500 FACSIMILE (818) 501-0328